UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. CAITLIN SECAMIGLIO, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 5: 20-305-DCR |
| V. | ) ) ) | |
| LABTOX, LLC, et al., | ) ) | **ORDER** |
| Defendants. | ) ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The United States has provided notice of its election to intervene, in part, and to decline intervention, in part, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4). [Record No. 7] Accordingly, it is hereby

**ORDERED** as follows:

1. The United States' motion [Record No. 7] is **GRANTED**. The Clerk of the Court is directed to **UNSEAL** the Complaint [Record No. 1] and the United States' Notice regarding intervention. [Record No. 7]

2. The Relator may serve the Complaint upon the defendants within 60 days.

3. All other contents in the record will remain under seal and shall not be served upon the defendants, except the Complaint, this Order, and the Notice regarding intervention. The Relator may serve the defendants with this Order and the United States' Notice regarding intervention only after service of the Complaint.

- 2 -

      4.       The seal is lifted regarding all matters occurring in this action after the date of this Order.

      5.       The parties shall serve all pleadings and motions regarding the part of the action in which the United States has declined to intervene upon the United States, in accordance with 31 U.S.C. § 3730(c)(3).

      6.       The United States shall receive electronic notice of all orders filed in this action.

      7.       The Court will solicit the written consent of the United States before ruling on any request to dismiss, settle, or otherwise discontinue this action.

Dated: July 2, 2021.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky