UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. CAITLIN SECAMIGLIO,  )<br>  )<br>  )<br>Plaintiff,  )<br>  )<br>V.  )<br>  )<br>  )<br>LABTOX, LLC, et al.,  )<br>  )<br>Defendants.  )  | Civil Action No. 5: 20-305-DCR<br><br><br><br>**AGREED ORDER<br>AND JUDGMENT** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The United States, Plaintiff Caitlin Secamiglio, and Defendants Erica Baker, Ronald Coburn, and LabTox, LLC have reached settlements and tendered a Stipulation of Agreed Judgment. [Record No. 76]

As part of their settlement, Defendants Ronald Coburn and LabTox, LLC agree that judgment shall be entered against them, jointly and severally, and in favor of the United States, in the amount of $5,593,287 on Count 15 of the United States' Complaint-In-Intervention. As part of their settlements, Defendants Erica Baker and LabTox, LLC agree that judgment shall be entered against them, jointly and severally, and in favor of the United States, in the amount of $4,865,646 on Counts 2, 3, 4, 5, 7, 8, 9, 10, 12 and 13 of the United States' Complaint-In-Intervention.

Consistent with the parties' Stipulation of Agreed Judgment, and pursuant to Federal Rule of Civil Procedure 58, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. With respect to Count 15 of the United States' Complaint-In-Intervention, judgment is entered in favor of the United States and against Defendants Ronald Coburn and LabTox, LLC, jointly and severally, in the amount of $5,593,287.

2. Defendants Ronald Coburn and LabTox, LLC are **DIRECTED** to pay the United States the sum of $5,593,287, pursuant to the terms of the Settlement Agreement among the parties.

3. With respect to Counts 2, 3, 4, 5, 7, 8, 9, 10, 12 and 13 of the United States' Complaint-In-Intervention, judgment is entered in favor of the United States and against Defendants Erica Baker and LabTox, LLC, jointly and severally, in the amount of $4,865,646.

4. Counts 1–14, 16, and 17 in the Complaint-In-Intervention as asserted against Defendant Ronald Coburn; Counts 1, 6, 11, 14, 16, and 17 in the Complaint-In-Intervention as asserted against LabTox, LLC; and Counts 1, 6, 11, and 14–17 in the Complaint-In-Intervention as asserted against Defendant Erica Baker, are **DISMISSED**, with prejudice.

5. Plaintiff Caitlin Secamiglio's Amended Complaint as asserted against Defendants Ronald Coburn, LabTox, LLC, and Erica Baker is **DISMISSED**, with prejudice.

6. All claims in Plaintiff Caitlin Secamiglio's Amended Complaint against the remaining Defendant, Norma Baker, remain pending. Plaintiff Caitlin Secamiglio's claim for attorneys' fees and costs pursuant to 31 U.S.C. § 3730(d) also remains pending.

Dated: February 15, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky