# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# AT LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> EX REL. CAITLIN SECAMIGLIO <br><br> Plaintiffs, <br><br> v. <br><br> LABTOX, LLC, RON COBURN, <br> NORMA HOPE BAKER, and <br> ERICA BAKER, <br><br> Defendants. | No.   5:20-CV-00305-DCR |

## STIPULATION OF DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT NORMA HOPE BAKER

Plaintiff Caitlin Secamiglio as Relator, by and through counsel, and Defendant Norma Hope Baker, by and through counsel, stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the dismissal of all claims against Defendant Norma Hope Baker in this matter.

The United States previously declined to intervene in this *qui tam* action as to Relator's allegations against Norma Hope Baker. [Record No. 7.] Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of all claims against Norma Hope Baker, based on the Government's determination that dismissal is commensurate with the public interest.

Respectfully submitted,

/s/ Mark N. Foster
Mark N. Foster
Law Office of Mark N. Foster, PLLC
P.O. Box 869
Madisonville, KY 42431
(270) 213-1303
MFoster@MarkNFoster.com
*Counsel for Plaintiff Caitlin Secamiglio as Relator*

/s/ Andrew L. Sparks w. permission
By Mark N. Foster
Andrew L. Sparks
Dickinson Wright PLLC
300 West Vine Street, Suite 1700
Lexington, KY 40507
(859) 899-8734
asparks@dickinsonwright.com
*Counsel for Defendant Norma Hope Baker*

Paul C. McCaffrey, Acting United States Attorney

/s/ Christine Corndorf w. permission
By Mark N. Foster
Christine Corndorf
Assistant United States Attorney
Eastern District of Kentucky
260 W. Vine Street, Suite 300
Lexington, KY 40507
(859) 685-4848
Christine.Corndorf@usdoj.gov

*Counsel for United States of America*